IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**CAROLYN CLARK,**

    **Plaintiff,**

v.                                                        **Civil Action No. 3:15cv391**

**TRANS UNION, LLC,**

    **Defendant.**

## ORDER

This matter comes before the Court on three motions filed by Defendant Trans Union, LLC ("Trans Union"): (1) Trans Union's Motion to Stay the Action, (ECF No. 21); (2) Trans Union's Motion to Strike Class Allegations, (ECF No. 17); and, (3) Trans Union's Motion Requesting Judicial Notice of Exhibits A Through J, (ECF No. 19). For the reasons that follow, the Court will deny Trans Union's motions.

On September 28, 2015, Trans Union filed its Motion to Stay the Action pending the resolution of two cases by the Supreme Court of the United States that have since been decided: *Spokeo, Inc. v. Robins*, 136 S. Ct. 1540 (2016); and, *Tyson Foods, Inc. v. Bouaphakeo*, 136 S. Ct. 1036 (2016). In light of the Supreme Court's decisions in those cases, the Court DENIES Trans Union's Motion to Stay the Action as MOOT. (ECF No. 21.) The Court further DENIES WITHOUT PREJUDICE Trans Union's Motion to Strike Class Allegations, (ECF No. 17), and Trans Union's Motion Requesting Judicial Notice of Exhibits A Through J, (ECF No. 19). By separate order, the Court will schedule an Initial Pretrial Conference, at which time the parties and the Court will discuss the procedure in this case moving forward.

Let the Clerk send a copy of this Order to counsel of record.

It is SO ORDERED.

/s/
M. Hannah Lauck
United States District Judge

Date: 6/3/16
Richmond, Virginia