IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CAROLYN CLARK,
On behalf of herself and all similarly
situation individuals,

    Plaintiff,

v.                                            Case No. 3:15-cv-00391-MHL

TRANS UNION LLC,

    Defendant.

_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL AUTHORITY

This matter is before the Court on the Motion for Leave to File Supplemental Authority (the "Motion") of defendant Trans Union LLC. Upon consideration of the Motion and Memorandum in Support, it is hereby ORDERED that the Motion is GRANTED.

Entered this 27th day of JUNE, 2017.

/s/
M. Hannah Lauck
United States District Judge

M. Hannah Lauck
United States District Judge